## Grove *v.* Lewis Brothers Painting Contractors et al., Appellants.

Argued March 13, 1967. *Penrose Hertzler,* for appellants; *Wilson H. Oldhouser,* with him *Daniel W. Shoemaker,* for appellee.

Order affirmed.

## Highland et al., Appellants, *v.* The Pennsylvania Hospital, The Institute.

Argued March 21, 1967. *Irving J. Katz,* for appellant; *J. Paul Erwin, Jr.,* with him *Thomas Raeburn White, Jr.,* and *White and Williams,* for appellee.

Order affirmed. See *Walker v. Mummert,* 394 Pa. 146, 146 A. 2d 289.

## Horner, Appellant, *v.* Schaffer.

Argued March 21, 1967. *Julian W. Barnard,* for appellant; *Thomas M. Garrity,* for appellee.

Order affirmed.